IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| Mark Kurowski, | ) | CIVIL ACTION NO.: 2:09-cv-01513-CWH |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | Plaintiff's Rule 26.01 |
| v. | ) | Responses |
|  | ) |  |
| Nucor Corporation | ) |  |
| Defendant. | ) |  |
|  | ) |  |

TO:    THE DEFENDANT ABOVE-NAMED

A.  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

   None.

B.  As to each claim, state whether it should be tried jury or non-jury and why.

   Jury- plaintiff has made a jury demand.

C.  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

   Plaintiff is not a publicly owned company.

D.  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

   See Local Civil Rule 3.01.  Plaintiff worked and resides in the Charleston Division.  Defendant Nucor is located in the Charleston Division.

E.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they

should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

Not applicable.

                          GIBBS & HOLMES

By:    S/Allan R. Holmes
       Allan R. Holmes (Fed. Bar # 1925)
       Timothy Lewis (Fed. Bar # 9864)
       171 Church Street, Suite 110
       Post Office Box 938
       Charleston, SC 29402
       (843) 722-0033

Charleston, South Carolina
June 18, 2009