THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON  DIVISION

| | | |
|---|---|---|
| Mark Kurowski, | ) | |
| | ) | |
| | ) | 2:09-1513-CWH |
| Plaintiff(s), | ) | |
| | ) | |
| vs | ) | **PRE-SCHEDULING ORDER** |
| | ) | |
| Nucor Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

_____

This Pre-Scheduling Order is issued pursuant to Local Civil Rule 16.01 (LCR) in order to establish the deadlines set forth below.[1]  A scheduling order shall be issued pursuant to LCR 16.02 and Rule 16(b) of the Federal Rules of Civil Procedure (FRCP) after the deadlines below. In addition, the court having concluded that the issuance of this order and the responses thereto constitute a suitable means for the court to consult with the parties for the purpose of scheduling as required by Rule 16(b) of the FRCP, the parties are hereby relieved of the obligation to participate in the conference required by Rule 26(f) of the FRCP.  In addition, the provisions of Rule 26(d) of the FRCP are waived, and discovery shall begin immediately.

DEADLINES

Within thirty (30) days from the date of this order, the plaintiff(s) shall e-mail to chambers and serve on all parties the information required by Rule 26(a)(1) and electronically file the information required by Rule 26(f) of the FRCP and LCR 26.03.[2]  The defendant shall do likewise within forty-five (45) days of the date of this order.

AND IT IS SO ORDERED.

s/ C. Weston Houck_____
C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2009
At: Charleston, South Carolina

_____

[1] The Court also calls LCRs 16.02 and 16.03 to the parties' attention.

[2] Chambers' e-mail address is houck_ecf@scd.uscourts.gov.