UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARK KUROWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>NUCOR CORPORATION,<br><br>    Defendant. | CIVIL ACTION NUMBER:  2:09-1513-CWH<br><br>MOTION TO ADMIT PRO HAC VICE |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that John K. Linker be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this Court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address and phone number and those of my associate counsel admitted *pro hac vice*; and,

3. Service of all pleadings and notices as required shall be sufficient if served upon me, it is my responsibility to serve my associate counsel admitted *pro hac vice*; and,

4. Unless excused by the Court, I will be present at all pretrial conferences, hearings and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Rule 7.02).

    XX    Prior to filing this Motion, I conferred with opposing counsel who has indicated that he does not intend to oppose.

TPGL 2791845v1

   ___   Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reasons:

   ___   No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully submitted,

**TURNER, PADGET, GRAHAM & LANEY, PA**

By: <u>s/ John S. Wilkerson, III</u>
John S. Wilkerson, III
Federal ID# 4657
Nosizi Ralephata
Federal ID# 9685
P.O. Box 22129
Gateway Center, Suite 200
40 Calhoun Street
Charleston, SC 29401
Telephone: (843) 576-2801
Facsimile: (843) 577-1649

ATTORNEYS FOR DEFENDANT

July 7, 2009

TPGL 2791845v1