UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARK KUROWSKI, | 2:09-cv-1513-CWH |
| Plaintiff, | |
| vs. | |
| | **CONSENT AMENDED** |
| | **SCHEDULING ORDER** |
| NUCOR CORPORATION, | |
| Defendant. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following scheduling order is proposed for this case. This order is proposed to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1.      The plaintiff(s) shall comply with FRCP 26(a)(2) no later than **January 30, 2010** and the defendant(s) shall do so no later than **March 1, 2010**;

2.      Compliance with FRCP 26(a)(3) and LCR 16.02(D)(3), 26.05 and 26.07 shall be had within the time specified therein;

3.      Discovery and all *de bene esse* depositions shall be completed no later than **May 2, 2010**;

4.      Dispositive Motions, except those made pursuant to Rule 12 of the FRCP, shall be filed no later than 15 days after discovery is completed;

5.      Mediation shall be completed in the manner prescribed by LCR 16.04-16.12 and compliance with LCR 16.03 shall be had no later than **April 1, 2010**; provided, however, that any party may opt out of mediation by giving all other parties written notice of its intention to do so no less than 10 days prior to the time the same is scheduled; and

6.      This case should be ready for trial no later than **July 30, 2010**.

**AND IT IS SO ORDERED.**

_____
C. Weston Houck
Senior United States District Judge

January 20, 2010
Charleston, SC

**WE CONSENT:**

Respectfully Submitted,

GIBBS & HOLMES

By: s/Timothy O. Lewis
Allan R. Holmes, Fed. Id. #1925
Timothy O. Lewis, Fed. Id. #9864
171 Church Street, Suite 110
Post Office Box 938
Charleston, SC  29402
Telephone:  (843) 722-0033
Facsimile:  (843) 722-0114
Email:  aholmes@gibbs-holmes.com
        timolewis@gibbs-holmes.com

ATTORNEYS FOR PLAINTIFF

TURNER, PADGET, GRAHAM & LANEY, P.A.

By:  s/Nosizi Ralephata
John S. Wilkerson, III, Fed. Id. #4657
Nosizi Ralephata, Fed. Id. # 9685
40 Calhoun Street, Suite 200 (29401)
Post Office Box 22129
Charleston, SC  29413-2129
Telephone:  (843) 576-2800
Facsimile:  (843) 577-1649
Email: jwilkerson@turnerpadget.com
       nralephata@turnerpadget.com

ATTORNEYS FOR NUCOR CORPORATION



TPGL 3080785v1